HELEN GRAY, Appellant, v. HERBERT L. WILLIAMS and EDWARD McLOUGHLIN, as Receivers in EQUITY OF LAND ESTATES, INCORPORATED, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

MAX GOLD, Respondent, v. DAVEGA CITY RADIO, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

F. B. & W. REALTY CORPORATION, Appellant, v. BRONX COUNTY TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.; Cohn, J., taking no part.

LOUIS GOLDSCHMIDT, Appellant, v. ALFRED V. S. OLCOTT, as Receiver of the HUDSON RIVER DAY LINE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOSEPH T. BROWN, as Executor, etc., of RÉMSEN DARLING, Deceased. THEODORE C. PALMENBERG, Claimant, Appellant; JOSEPH T. BROWN, as Executor, etc., Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v. COLUMBIA CASUALTY COMPANY and Others, Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

GEORGE A. STEVENS, Appellant, v. ELIZABETH ARDEN, INC., ELIZABETH ARDEN SALES CORPORATION and FLORENCE N. LEWIS, Doing Business under the Trade Name and Style of ELIZABETH ARDEN, Respondents.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

ROSE STERN, as Executrix, etc., of CHARLES STERN, Deceased, Appellant, v. HARRY G. STARR, Respondent.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

ESTER WINARSKY, Also Known as ESTHER FEINBERG, Appellant, v. FRANCES PERLMUTTER, SAMUEL PERLMUTTER, LOUIS KRASNOW, SYRUS REALTY CORP., EL FAY REALTY CORP. and 314 NINTH AVE. CORP., Respondents, Impleaded with Another.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. The dismissal of the complaint at the close of plaintiff's case was erroneous as plaintiff upon the uncontradicted testimony of her witnesses established a *prima facie* case for equitable relief. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

JAMES SHAINFINE and JACOB DOLINSKY, Appellants, v. TERHUNE, YEREANCE & WOLFF, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.